NABEEL M. ZUBERI, SBN 294600
**MCCALLA RAYMER LEIBERT PIERCE, LLP**
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Phone/ Fax: (562) 983-5378
Nabeel.Zuberi@McCalla.com
MRLP File No. 23-06362CA

Attorneys for Defendant,
MCCALLA RAYMER LEIBERT PIERCE, LLP *erroneously sued as* MCCALLA RAYMER LEIBERT PIERCE LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN LIZANA**, and **GLADYS COPELAND**, <br><br> Plaintiffs, <br><br> v. <br><br> **MORGAN STANLEY CAPITAL TRUST, WELLS FARGO BANK, NA, AS TRUSTEE** ON BEHALF OF THE **REGISTERED HOLDERS** OF MORGAN STANLEY ABS CAPITAL INC., TRUST 2005-WMC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6; **JOHN DOE; JANE DOE**; and **DOES 1-10**, inclusively; <br><br> Defendant(s). | CASE NO.: 2:23-cv-03536 AB-JPR <br><br> **MCCALLA RAYMER LEIBERT PIERCE, LLP'S NOTICE OF JOINDER AND JOINDER IN DEFENDANTS' MOTION TO DISMISS [DOCKET NO. 25]** <br><br> Judge: Hon. Andre Birotte Jr. <br><br> Magistrate Judge: Hon. Jean P. Rosenbluth <br><br> Date:        August 25, 2023 <br> Time:        10:00 a.m. <br> Courtroom.:  7B |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, AND ANY OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that defendant MCCALLA RAYMER LEIBERT PIERCE, LLP *erroneously sued as* MCCALLA RAYMER LEIBERT PIERCE LLC ("MRLP") hereby joins in the Notice of Motion and Motion to Dismiss Plaintiff's Amended Complaint; Memorandum of Points and Authorities in Support Thereof ("MTD"); and Request for Judicial Notice ("RJN") filed by defendant

WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6 (*erroneously sued as* "MORGAN STANLEY CAPITAL TRUST, WELLS FARGO BANK, NA, AS TRUSTEE ON BEHALF OF THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL INC., TRUST 2005-WMC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6") ("Wells Fargo"), set to be heard on August 25, 2023, at 10:00 a.m., in Courtroom 7B of the above-captioned Court, the Honorable Andre Birotte Jr. presiding.

Please take further notice that MRLP hereby adopts and incorporates by reference as though set forth in full herein, the MTD, RJN, and all supporting documents filed by Wells Fargo on July 13, 2023.

The Plaintiff's Amended Complaint ("FAC") sets forth the following purported Federal Jurisdiction Claims: (1) Violation of Federal Statutes and Constitutional Civil Rights; (2) Civil Rights Declaratory Judgment (42 U.S.C. §1983); (3) Irreparable Harm; (4) No Valid Contract or Valid Title Existed to Initiate Unlawful Detainer and Declaratory and Injunctive Relief; (5) Malicious Prosecution and Wrongful Eviction (6) Fraudulent Conversion; and (7) Application for Temporary Restraining Order.

MRLP joins in the MTD because the legal arguments set forth by Wells Fargo are equally appropriate and applicable to them, as such arguments are inclusive, and the joinder will avoid duplicity of arguments. *See Figueroa v. Gates*, 2001 WL 1182889 * 2 (C.D. Cal. Mar. 30, 2001); *Castaneda v. Saxon Mortg. Services Inc.*, 687 F. Supp. 2d 1191, 1196 (E.D. Cal. 2009); S*mith v. Levine Leichtman Capital Partners, Inc.*, 723 F. Supp. 2d 1205, 1214, (N.D. Cal. 2010) fn. 2.  The MTD should be granted in its entirety, and any relief granted to Wells Fargo should also be granted as to MRLP, on the basis that the Plaintiff has failed to state any viable claims against Wells Fargo and MRLP.

Further, MRLP joins in Wells Fargo's MTD on the basis that MRLP is merely eviction counsel for Wells Fargo, as trustee under that certain Deed of Trust recorded on April 13, 2005 in the official records of Los Angeles County ("DOT") secured by 2336, 2338 1, 2 & 3 Pasadena Avenue, Long

Beach California 90806 ("Property"). [RJN, Ex. "1"; FAC, pars. 31, 71 and Ex. "A".] MRLP's sole affiliation to this matter is in its capacity as eviction counsel for Wells Fargo in the numerous Unlawful Detainer actions (as discussed in Wells Fargo's MTD 3., A-I; 5.). MRLP seeks to join Wells Fargo's MTD, as the legal arguments in support of MRLP's position would be duplicative to those brought forth by Wells Fargo.

For the reasons set forth above, MRLP joins in the request for an order dismissing the FAC in its entirety with prejudice.

Dated: July 31, 2023                    **MCCALLA RAYMER LEIBERT PIERCE LLP**

By: /s/ NABEEL M. ZUBERI
**NABEEL M. ZUBERI**
Attorneys for Defendant,
MCCALLA RAYMER LEIBERT PIERCE, LLP
erroneously sued as MCCALLA RAYMER
LEIBERT PIERCE LLC