1  Ann Lizana
2  2336 Pasadena Avenue
   Long Beach, CA. 90806
3  properdoccs@gmail.com

4  Gladys Copeland
   2231 Alpha Street
5  San Diego, CA. 91950
6  gigiis4u@gmail.com

7

8  *Plaintiffs in Pro Per.*

9

**FILED**
CLERK, U.S. DISTRICT COURT
SEP 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____rsm_____ DEPUTY

10  **UNITED STATES DISTRICT COURT**
11  **CENTRAL DISTRICT OF CALIFORNIA**

12
13  **COPELAND**, et al.         Case No: **23-CV-03536-AB-JPR**
14          Plaintiff,
15                               **VOLUNTARY DISMISSAL**
16      vs.                      **WITHOUT PREJUDICE**
17  **MORGAN STANLEY CAPITAL**
18  **TRUST**, et al.
19          Defendants.

20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Ann Lizana and Gladys Copeland (herein "Plaintiffs"), in the above-entitled action do hereby voluntarily dismiss Defendant Wells Fargo Bank, NA, as Trustee on behalf of the registered holder of Morgan Stanley abs Capital 1, Inc. TRUST 2005-WMC6, Mortgage Pass-Through Certificates, Series 2005-WMC6 (herein "Defendant WFB-T"), without prejudice, with each side bearing its own costs and fees. This request for dismissal is being filed with the Court before service of either an answer or motion for summary judgment by Defendant WFB-T.

Date: 9/22/23                                                                 Respectfully.

                                                    /s/ Ann Lizana
                                                    Ann Lizana
                                                    2336 Pasadena Ave.
                                                    Long Beach, CA 90806
                                                    properdoccs@gmail.com

                                                    /s/ Gladys Copeland
                                                    Gladys Copeland
                                                    2231 Alpha Street
                                                    San Diego, CA 91950
                                                    gigiis4u@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September 2023, the foregoing documents, **Notice of Voluntary Dismissal Without Prejudice**, will be filed with the Clerk of the Central District Court, using the CM/ECF system will then send a notification of such filing (NEF) to the Defendants. Pursuant to Fed. R. Civ. P. 5(d), counsel of record will be served by electronic mail on this same date as well as a copy of such filings will be placed into an envelope for each defendant not electronically served, as follows:

**Kutak Rock, LLP**
c/o: Steven Dailey
5 Park Plaza, Suite 1500
Irvine, CA. 92614-8595
Steven.dailey@kutakrock.com

On behalf of Defendant:

*Wells Fargo Bank, NA, as Trustee, on behalf the registered holders of MORGAN STANLEY abs CAPITAL 1 INC., TRUST 2005-WMC6, Mortgage Pass-Through Certificate Series 2005-WMC6,*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/22/23                              Respectfully.

                                                /s/  Ann Lizana
                                                Ann Lizana, *Plaintiff Pro Per*