Ann Lizana
2336 Pasadena Avenue
Long Beach, CA. 90806
properdoccs@gmail.com

Gladys Copeland
2231 Alpha Street
San Diego, CA. 91950
gigiis4u@gmail.com

*Plaintiffs in Pro Per.*

FILED
CLERK, U.S. DISTRICT COURT

10/6/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___mz___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COPELAND**, et al.<br><br>Plaintiff,<br><br>vs.<br><br>**MORGAN STANLEY CAPITAL TRUST**, et al.<br><br>Defendants. | Case No: **23-CV-03536-AB-JPR**<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

///

///

///

///

///

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Ann Lizana and Gladys Copeland (herein "Plaintiffs"), in the above-entitled action do hereby voluntarily dismiss Defendant MCCALLA RAYMER LEIBERT PIERCE LLP as "*DOE*," this may be one in the same defendant, without prejudice, with each side bearing its own costs and fees. This request for dismissal is being filed with the Court before service of either an answer or motion for summary judgment.

Date:  10/5/23                                        Respectfully.

                                                      /s/ Ann Lizana
                                                      Ann Lizana
                                                      2336 Pasadena Ave.
                                                      Long Beach, CA 90806
                                                      properdoccs@gmail.com

                                                      /s/ Gladys Copeland
                                                      Gladys Copeland
                                                      2231 Alpha Street
                                                      San Diego, CA 91950
                                                      gigiis4u@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October 2023, the foregoing documents, **Notice of Voluntary Dismissal Without Prejudice**, will be filed with the Clerk of the Central District Court, using the CM/ECF system will then send a notification of such filing (NEF) to the Defendants. Pursuant to Fed. R. Civ. P. 5(d), counsel of record will be served by electronic mail on this same date as well as a copy of such filings will be placed into an envelope for each defendant not electronically served, as follows:

**Kutak Rock, LLP**
c/o: Steven Dailey
c/o: Jennifer L. Andrews
5 Park Plaza, Suite 1500
Irvine, CA. 92614-8595

On behalf of Defendant:
*McCalla Raymer Leibert Pierce LLP ("Doe")*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/6/23                                   Respectfully.

                                            /s/  Ann Lizana
                                            Ann Lizana, *Plaintiff Pro Per*