**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLADYS COPELAND, | ) No. CV 23-3536-AB (JPR) |
| Plaintiff, | ) **ORDER ACCEPTING MAGISTRATE** |
| v. | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| MORGAN STANLEY CAPITAL TRUST et al., | ) |
| Defendants. | ) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendant Morgan Stanley Capital Trust's motion to dismiss, the other records on file herein, and the Magistrate Judge's Report and Recommendation.  The Court accepts the findings and recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED THAT:

    1.   Defendant Morgan Stanley Capital Trust's motion to dismiss is granted.

    2.   The claims against Morgan Stanley Capital Trust are dismissed with prejudice.

3.   The clerk serve this Order on all counsel or parties of record.

DATED: October 1, 2024

ANDRE BIROTTE, JR.
U.S. DISTRICT JUDGE