UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS COPELAND,<br><br>               Plaintiff,<br><br>         v.<br><br>MORGAN STANLEY CAPITAL TRUST et al.,<br><br>               Defendants. | No. CV 23-3536-AB (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint; Plaintiff's requests for reconsideration and notice of lis pendens; Defendant Wells Fargo's motion to dismiss; the other records on file herein; the Magistrate Judge's September 12, 2024 Report and Recommendation; and Plaintiff's objections to the R. & R.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1.   The clerk terminate Defendants Wells Fargo and McCalla Raymer Leibert Pierce, LLP.

2.   Plaintiff's requests for reconsideration and notice of lis pendens are denied as moot.

3.  Defendant Wells Fargo's motion to dismiss is denied as moot.

4.  The remaining claims against Doe Defendants are dismissed for failure to prosecute.

5.  Judgment be entered consistent with this order.

6.  The clerk serve this Order on all counsel or parties of record.

DATED: November 22, 2024

ANDRÉ BIROTTE, JR.
U.S. DISTRICT JUDGE