JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GLADYS COPELAND, | ) Case No. CV 23-3536-AB (JPR) |
|---|---|
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| MORGAN STANLEY CAPITAL TRUST et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 22, 2024

_____
ANDRÉ BIROTTE, JR.
U.S. DISTRICT JUDGE